No. 77–1358.  GAETANO ET AL. *v.* OBERDORFER, U. S. DISTRICT JUDGE;

No. 77–6245.  KLEIN *v.* DECKER, U. S. DISTRICT JUDGE; and

No. 77–6279.  TYLER *v.* GRADY, JUDGE.  Motions for leave to file petitions for writs of mandamus denied.

No. 77–69.  PANORA, REGISTRAR OF MOTOR VEHICLES OF MASSACHUSETTS *v.* MONTRYM.  Appeal from D. C. Mass. [Restored to calendar, 434 U. S. 1058.]  Probable jurisdiction noted.

No. 77–1163.  FRIEDMAN ET AL. *v.* ROGERS ET AL.;

No. 77–1164.  ROGERS ET AL. *v.* FRIEDMAN ET AL.; and

No. 77–1186.  TEXAS OPTOMETRIC ASSN., INC. *v.* ROGERS ET AL.  Appeals from D. C. E. D. Tex.  Probable jurisdiction noted.  Cases consolidated and a total of one and one-half hours allotted for oral argument.

No. 77–5992.  ADDINGTON *v.* TEXAS.  Appeal from Sup. Ct. Tex.  Motion of appellant for leave to proceed *in forma pauperis* granted.  Probable jurisdiction noted.  Reported below: 557 S. W. 2d 511.

No. 77–1202.  MICHIGAN *v.* DORAN.  Sup. Ct. Mich.  Certiorari granted.

No. 77–6248.  HUNTER *v.* DEAN, SHERIFF.  Sup. Ct. Ga. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.